UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X
BYRON BREEZE, JR.,
*on behalf of himself, and all others
similarly situated,*

          CASE NO.: 2:19-cv-187-MCA-SCM

    Plaintiff,          **STIPULATION OF DISMISSAL**
                                                           **WITH PREJUDICE**

    v.

SEVEN HOTELS, L.L.C., *a New Jersey limited
liability company*,

    Defendant.
-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff BYRON BREEZE, JR. ("Plaintiff") and Defendant SEVEN HOTELS, L.L.C, through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: Garden City, New York
         February 5, 2020

BASHIAN & PAPANTONIOU, P.C.        LITTLER MENDELSON, P.C.

By: _____        By: _____
    Erik M. Bashian                                 Amber M. Spataro, Esq.
    *Attorneys for Plaintiff*                       *Attorneys for Defendant*
    500 Old Country Road, Suite 302        One Newark Center, 8th Floor
    Garden City, New York 11530           Newark, NJ 07102
    Tel: (516) 279-1554                           Tel: (973) 848-4745
    Email: eb@bashpaplaw.com               Email: Aspataro@littler.com

SO ORDERED:

_____
HON.