UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X

BYRON BREEZE, JR.,
*on behalf of himself, and all others similarly situated*,

           Plaintiff,

v.

SEVEN HOTELS, L.L.C., *a New Jersey limited liability company*,

           Defendant.
-----------------------------------------------------------X

CASE NO.: 2:19-cv-187-MCA-SCM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff BYRON BREEZE, JR. ("Plaintiff") and Defendant SEVEN HOTELS, L.L.C. through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: Garden City, New York
February 5, 2020

BASHIAN & PAPANTONIOU, P.C.

By: _____
Erik M. Bashian
*Attorneys for Plaintiff*
500 Old Country Road, Suite 302
Garden City, New York 11530
Tel: (516) 279-1554
Email: eb@bashpaplaw.com

LITTLER MENDELSON, P.C.

By: _____
Amber M. Spataro, Esq.
*Attorneys for Defendant*
One Newark Center, 8th Floor
Newark, NJ 07102
Tel: (973) 848-4745
Email: Aspataro@littler.com

SO ORDERED:

_____ 2/10/20
HON.